**Entered on Docket
July 28, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: July 28, 2016



_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Peter H. Bonis (SBN 122016)
LAW OFFICES OF PETER H. BONIS
1990 N. California Street Eighth Floor
Walnut Creek CA 94596
Telephone: (925)287-6428
Facsimile:  (925) 287-6429
Email: Peter@Bonislaw.com

*Attorneys for Petitioning Creditors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

WILLIAM F. GARLOCK

Debtor.

---

ELLA THOMAS, AN INDIVIDUAL; ET AL

          PLAINTIFFS,

VS.

WILLIAM F. GARLOCK, AN INDIVIDUAL;
ROSEMARY GARLOCK, AN INDIVIDUAL.

          Defendants.

**Case No. 12-30802 DM**

**Adv. Proc. No. 13-03174**

**JUDGMENT**

This matter came on for trial before the Honorable Judge Montali.on March 21, 2016. The matter was submitted, and on Tuesday, July 5, 2016, the Findings of Fact and Conclusions of Law of the court were stated on the record in open court.

In accordance with those findings and conclusions and the provisions of Federal Rule of Bankruptcy Procedure 7058,

**IT IS HEREBY ADJUDGED THAT:**

1. Plaintiff Ella Thomas shall have judgment against defendant William F. Garlock in the sum of Five Hundred Thousand Dollars ($ 500,000) and in addition shall receive interest at the rate of eight per cent per annum (8%) from September 1, 2008 until the date of entry of judgment. After entry of judgment, the judgment shall bear interest at the Federal Rate of Interest for outstanding judgments pursuant to 28 U.S.C. 1961 until the judgment is fully satisfied.

2. Plaintiff Dan Brune shall have judgment against William F. Garlock in the amount of Four Hundred and Sixty Two Thousand dollars, ($462,000) and in addition shall receive interest at the rate of eight per cent per annum (8%) from September 1, 2008 until the date of entry of judgment. After entry of judgment, the judgment shall bear interest at the Federal Rate of Interest for outstanding judgments pursuant to 28 U.S.C. 1961 until the judgment is fully satisfied.

3. The claims of all remaining Plaintiffs are adjudged in favor of Defendants.

***END OF JUDGMENT***

Approved as to Form:

Date: 7/25/2016                     /s/ Zachary Tyson, esq.
                                    Zachary Tyson, esq.

                                    Attorney for Defendant

## COURT SERVICE LIST

***None; all parties are either ECF registered participants or are not entitled to service.***